Joseph A. Perrucci and Crystal L. Perrucci
Bankruptcy No. 19-10345 PMM

## **EXHIBIT B**

| **Date** | **Service** | **Time** | **Amount** |
|---|---|---|---|
| 09/22/2022 | Review Motion for Relief filed by Fulton Bank, N.A. | 0.2 | 55.00 |
| 09/22/2022 | E-mail bank attorney regarding payment history. | 0.2 | 55.00 |
| 09/22/2022 | Letter to Mr. and Mrs. Perrucci to explain Motion for Relief. | 0.2 | 55.00 |
| 09/26/2022 | Telephone conversation with Mr. Perrucci to discuss Motion for Relief and a payment recently made to the bank; e-mail Mr. Perrucci with payment history for further review. | 0.2 | 55.00 |
| 09/26/2022 | E-mail bank attorney to review recent payment made by Mr. Perrucci, as the payment was not listed on the payment history. | 0.2 | 55.00 |
| 09/27/2022 | Preparation and filing of Answer to Motion for Relief. | 0.3 | 82.50 |
| 09/28/2022 | Telephone conversation with Mr. Perrucci that he reviewed payment history and that except for recent cash payment made at Fulton Bank branch he has no dispute regarding delinquent payments. | 0.2 | 55.00 |
| 10/05/2022 | Exchange of e-mails with bank attorney that recent cash payment has been credited to account and that we add delinquency into plan. | 0.2 | 55.00 |
| 10/10/2022 | E-mail to Mr. Perrucci that bank has agreed to add the post-petition payments to the plan. | 0.2 | 55.00 |
| 10/11/2022 | Review Stipulation to settle Motion for Relief and e-mail to Mr. and Mrs. Perrucci to explain same. | 0.3 | 82.50 |
| 10/18/2022 | Preparation of Second Amended Chapter 13 Plan and letter to Mr. and Mrs. Perrucci to explain same and to review monthly income and expenses as filed. | 0.7 | 192.50 |
| 11/03/2022 | E-mail to Mr. and Mrs. Perrucci regarding status of returning Second Amended Chapter 13 Plan. | 0.2 | 55.00 |
| 11/09/2022 | Review Fulton Bank Amended Proof of Claim; e-mail Attorney Lubin regarding incorrect calculation in amended proof of claim regarding post-petition arrears. | 0.2 | 55.00 |

| Date | Service | Time | Amount |
|---|---|---|---|
| 11/16/2022 | Preparation and filing of Supplement to Schedule I. | 0.3 | 82.50 |
| 11/16/2022 | Preparation and filing of Supplement to Schedule J. | 0.3 | 82.50 |
| 11/16/2022 | Preparation and filing of Motion to Modify Plan. | 0.5 | 137.50 |
| 12/09/2022 | Exchange of e-mails with Trustee regarding consent to certify on Motion to Modify. | 0.2 | 55.00 |
| | Total | 4.6 | $ 1,265.00 |

**EXPENSES**

| Date | Service | Time | Amount |
|---|---|---|---|
| 11/16/2022 | Postage to serve Motion to Modify Plan | 21.84 | |
| 12/13/2022 | Postage to serve Supplemental Application for Compensation | 21.84 | 43.68 |
| | Total | | $ 1,308.68 |